UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. WIN, et al.,<br><br>        Defendants. | No. 2: 14-cv-0853 KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not file an application to proceed in forma pauperis. Instead, plaintiff submitted $355.

A party seeking to institute a civil action must pay a filing fee of $400.00, consisting of $350.00 pursuant to 28 U.S.C. § 1914 and a $50.00 administrative fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to submit the remainder of the money owed toward the initial filing fee, i.e., $45; if plaintiff does not submit this money, the court will recommend that this action be dismissed.

Dated: April 22, 2014

Rush853.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1