UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN aka ROBERT WOODS,<br><br>              Plaintiff,<br><br>     v.<br><br>WIN, et al.,<br><br>              Defendants. | No.  2:14-cv-0853 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee.  On June 25, 2014, the court granted plaintiff sixty days to complete service of process.

On July 7, 2014, plaintiff filed a motion for a ten day extension of time to complete service.  The grounds of this request are that the summons issued by the Clerk of Court were incorrect in that they did not reflect plaintiff's correct address.  On July 9, 2014, the Clerk of the Court issued amended summons containing plaintiff's correct address.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted;

////

////

      2. Plaintiff shall complete service of process on or before September 3, 2014.

Dated: July 10, 2014

Rush0853.36

                                                                            _____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE