KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Arnold, Austin, Beard, Fleischman, McAlpine, Swarthout, Wang, and Win*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SALADIN RUSHDAN,**<br><br>                                Plaintiff,<br><br>       v.<br><br>**DR. WIN, et al.,**<br><br>                                Defendants. | No. 2:14-cv-00853 KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AUSTIN, MCALPINE, WANG, AND WIN AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Saladin Rushdan (aka Robert S. Woods), by and through specially appearing pro bono counsel, Douglas Thorn, and Defendants, by and through their counsel of record, stipulate to the voluntary dismissal with prejudice of Defendants Austin, McAlpine, Wang, and Win from this action.

/ / /

/ / /

/ / /

1

1  Each party is to bear his own costs, fees, or expenses.

2  IT IS SO STIPULATED.

3

4  Dated: February 19, 2016                    Respectfully submitted,

5                                              KAMALA D. HARRIS
                                               Attorney General of California
6                                              CHRISTOPHER J. BECKER
                                               Supervising Deputy Attorney General
7

8                                              */s/ Diana Esquivel*

9                                              DIANA ESQUIVEL
                                               Deputy Attorney General
10                                             *Attorneys for Defendants*

11

12  Dated: February 19, 2016                   LAW OFFICES OF DOUGLAS THORN

13                                             */s/ Douglas Thorn*

14                                             DOUGLAS THORN
                                               *Specially Appearing Counsel for Plaintiff*
15

16  SA2014119960
    32399695.doc

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Based on the parties' stipulation, Defendants Austin, McAlpine, Wang, and Win are dismissed with prejudice from this lawsuit.

IT IS SO ORDERED.

Dated: March 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rush853.stip(2)

Stipulation for Voluntary Dismissal with Prejudice of Defendants Austin, McAlpine, Wang, and Win and [Proposed] Order  (2:14-cv-00853 KJN)