KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Arnold, Beard,
Fleischman, and Swarthout*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SALADIN RUSHDAN,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**DR. WIN, et al.,**<br><br>                              Defendants. | No. 2:14-cv-00853 KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed:   April 4, 2014 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Saladin Rushdan (aka Robert S. Woods), by and through specially appearing pro bono counsel, Douglas Thorn, and Defendants Arnold, Beard, Fleischman, and Swarthout, by and through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

1

1 | Each party is to bear his own costs, attorney's fees, and expenses. There is no prevailing
2 | party in this action.
3 | IT IS SO STIPULATED.

Dated:  March 23, 2016        Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 23, 2016        LAW OFFICES OF DOUGLAS THORN

*/s/ Douglas Thorn*

DOUGLAS THORN
*Specially Appearing Counsel for Plaintiff*

SA2014119960
32389264.doc

Stipulation for Voluntary Dismissal with Prejudice and Proposed Order  (2:14-cv-00853 KJN)

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rush853.stip(1)