UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS aka SALADIN RUSHDAN,<br><br>        Plaintiff,<br><br>   v.<br><br>HAMKAR, et al.,<br><br>        Defendants. | No.  2:12-cv-0562 MCE CKD P<br><br><br>ORDER |

On June 13, 2016, plaintiff filed a motion to enforce the settlement agreement that resolved this action and two other actions in a global agreement.  (ECF No. 118; see ECF No. 112.)  Plaintiff filed identical motions in the two other cases, Nos. 2:14-cv-0853 KJN and 1:14-cv-1807 DLB.  Following an informal conference call with the parties, defendants were ordered to file a single response to plaintiff's motion.  (ECF No. 120.)  Defendants filed their response on July 21, 2016, and plaintiff filed his reply on August 8, 2016.  (ECF Nos. 121 & 122.)  Thus, the motions in all three cases are submitted.

Having carefully considered the arguments and evidence, the undersigned will deny plaintiff's motion, effective in all three cases.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED THAT:

2   1.  Plaintiff's motion to enforce settlement agreement (ECF No. 118) is denied;

3   2. Plaintiff's identical motion in No. 2:14-cv-0853 KJN (ECF No. 95) is denied; and

4   3. Plaintiff's identical motion in No. 1:14-cv-1807 DLB (ECF No. 26) is denied.

Dated:  August 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rush0562.sett